# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149691

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

FUAD FAROUK SHEENA,
      Defendant-Appellant.

SC: 149691
COA: 309522
Oakland CC: 2011-237051-FC

_____/

On order of the Court, the application for leave to appeal the February 18, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Oakland Circuit Court for an evidentiary hearing, pursuant to *People v Ginther*, 390 Mich 436 (1973), to determine whether the defendant was deprived of his right to the effective assistance of trial counsel based on counsel's failure to pursue an insanity defense. In all other respects, leave to appeal is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



d0513p

Clerk